IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGIT MARIE BISSELL,<br><br>Defendant. | Case No.  1:22-cr-00031-DAD_BAM<br><br>**ORDER GRANTING MOTION FOR STAY OF DETENTION ORDER** |

    The defendant's motion for a stay of the February 9, 2022 detention order is hereby GRANTED in part.  On February 14, 2022, counsel on behalf of defendant filed a motion to revoke the detention order entered as to this defendant.  The government has now indicated it intends to file an opposition to that motion on February 15, 2022.  A reply brief, if any, may be filed on February 16, 2022.  The hearing on the defendant's motion to revoke the detention order is hereby scheduled for February 17, 2022, at 9:30 a.m. by way of zoom video.  The order issued by U.S. Magistrate Judge Barbara A. McAuliffe requiring defendant Bissell to surrender to the U.S. Marshal's Office in Fresno, California by noon on February 16, 2022 is hereby stayed pending further order of this court to allow the undersigned to hear defendant's  pending motion to revoke the detention order.

IT IS SO ORDERED.

    Dated:   **February 15, 2022**　　　　　　　　　　　　　　　　　　　　　　　
                                                                                    UNITED STATES DISTRICT JUDGE