1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRIGIT MARIE BISSELL

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00031-DAD-BAM
12 | Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE MOTION HEARING;  ORDER**
13 | vs. |
14 | BRIGIT MARIE BISSELL and JOSEPH HILL, | Date:   April 13, 2022
15 | | Time:   1:00 p.m.
   | Defendants. | Judge: Hon. Barbara A. McAuliffe
16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, Kevin P.

19 Rooney, counsel for Joseph Hill, and Assistant Federal Defender Erin Snider, counsel for Brigit

20 Marie Bissell, that the Court may vacate the status conference currently scheduled for April 13,

21 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe and that the Court may establish a

22 briefing schedule for a motion to suppress and set a hearing on such motion.

23       The parties agree and request the Court find the following:

24       1.    The government has provided initial discovery and has responded to requests for

25 supplemental discovery in this matter.

26       2.    Counsel for both defendants wish to file a motion to suppress.

27       3.    The parties have discussed and agreed that any such motion to suppress may be

28 filed by May 9, 2022; any opposition brief may be filed by May 31, 2022; any reply to the

government's opposition must be filed by June 13, 2022; and the Court may set a hearing on the motion to suppress for June 27, 2022, at 10:00 a.m.

    4.    The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, shall be excluded on the following bases:

    a.    Counsel for both defendants require additional time to review discovery, consult with their clients, conduct necessary investigation, and draft the motion to suppress. Counsel for both defendants believe that failure to grant a continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    b.    The period of delay resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 6, 2022        */s/ Antonio Jose Pataca*
ANTONIO JOSE PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 6, 2022        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRIGIT MARIE BISSELL

Date: April 6, 2022            /s/ Kevin P. Rooney
                               KEVIN P. ROONEY
                               Attorney for Defendant
                               JOSEPH HILL

**O R D E R**

The status conference currently scheduled for April 13, 2022, at 1:00 p.m. is hereby vacated. Any motion to suppress to be filed by defendants is due on or before May 9, 2022; any government opposition to the motion to suppress is due on or before May 31, 2022; and any defense reply to the opposition to the motion to suppress is due on or before June 13, 2022. The Court schedules a hearing on the motion to suppress for June 27, 2022, at 10:00 a.m. For the reasons set forth in the parties' stipulation, the time period of April 13, 2022, to June 27, 2022, inclusive, is excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S. C. § 3161, *et seq.*

IT IS SO ORDERED.

Dated:   **April 6, 2022**                      _____
                                                UNITED STATES DISTRICT JUDGE