HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIGIT MARIE BISSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00031-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO AUTHORIZE DEFENDANT TO ATTEND WEDDING; ORDER** |
| vs. | |
| BRIGIT MARIE BISSELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Brigit Marie Bissell, that the Court may authorize Ms. Bissell to attend her sister's wedding on May 14, 2022, from the hours of 1:30 p.m. to 6:00 p.m.

On February 17, 2022, the Court released Ms. Bissell subject to a location monitoring condition. Pursuant to that condition, Ms. Bissell must remain inside her residence at all times except for "employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; travel to and from children's school to drop off and pick up children; or other essential activities pre-approved by the pretrial services officer." Order Setting Conditions of Release, #43, at 2. Since Ms. Bissell's release on February 17, 2022, she has had no reported violations of the location monitoring condition.

1    Ms. Bissell now seeks permission to attend the wedding of her sister, Hailee Green, on
2    Saturday, May 14, 2022, from 1:30 p.m. to 6:00 p.m. The wedding will be held in Snohomish,
3    Washington, which is approximately thirty minutes from Ms. Bissell's residence. Ms. Bissell
4    sought permission from her Pretrial Services Officer in the Western District of Washington;
5    however, the Officer advised that she needs permission from the Court. Neither the government
6    nor Pretrial Services objects to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 13, 2022          */s/ Antonio Pataca*
                            ANTONIO PATACA
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: May 13, 2022          */s/ Erin Snider*
                            ERIN SNIDER
                            Assistant Federal Defender
                            Attorney for Defendant
                            BRIGIT MARIE BISSELL


**O R D E R**

**IT IS SO ORDERED.** Defendant Brigit Marie Bissell is hereby granted permission to attend her sister's wedding in Snohomish, Washington, on May 14, 2022, from 1:30 p.m. to 6:00 p.m.

IT IS SO ORDERED.

Dated:   **May 13, 2022**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28