**FILED**

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIGIT MARIE BISSELL

JUN 2 3 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00031-DAD-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO PERMIT TRAVEL TO EASTERN DISTRICT OF CALIFORNIA FOR ATTORNEY MEETING; ORDER |
| vs. | |
| BRIGIT MARIE BISSELL, | JUDGE: Hon. Erica P. Grosjean |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Brigit Marie Bissell, that this Court should permit Ms. Bissell to travel from the Western District of Washington to the Eastern District of California for the purpose of meeting with her attorney. Pretrial Services Officer Anthony Perez has no objection to this request.

Ms. Bissell is currently subject to a location-monitoring condition pursuant to which she must remain in her residence in the Western District of Washington from 9:00 p.m. to 6:00 a.m. Ms. Bissell has an upcoming motion hearing before the Honorable Dale A. Drozd on June 27, 2022, at 10:00 a.m. Undersigned defense counsel would like to meet with Ms. Bissell in person to prepare for the hearing and discuss the case. Although Ms. Bissell's current travel condition restricts her travel to both the Western District of Washington and the Eastern District of

-1-

Bissell: Stipulation to Permit Travel

California, Pretrial Services Officer Anthony Perez has advised that, because Ms. Bissell's location-monitoring device cannot track her movements outside the residence, she would be unmonitored while in transit and while she is in the Eastern District of California. Accordingly, Officer Perez advised that Court authorization is required.

Ms. Bissell intends to drive from her residence near Seattle to Fresno. The drive is approximately fourteen hours. She would leave on Saturday, June 25, 2022, so that she could break up the drive over two days (Saturday and Sunday). Ms. Bissell and undersigned defense counsel would meet in the morning of June 27, 2022, before the 10:00 a.m. hearing and Ms. Bissell would appear via Zoom for the 10:00 a.m. hearing from undersigned defense counsel's office. Ms. Bissell and undersigned defense counsel would meet again following the hearing to further review her case. Ms. Bissell would leave Fresno the following day, on June 28, 2022, and return to the Western District of Washington on June 29, 2022, at which time she would be subject to location monitoring again.

In light of the foregoing, the defense requests—with the agreement of both counsel for the government and Pretrial Services Officer Perez—that this Court authorize Ms. Bissell to travel, unmonitored, from the Western District of Washington to the Eastern District of Washington between June 25, 2022, and June 29, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 23, 2022

/s/ Antonio Jose Pataca
ANTONIO JOSE PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 23, 2022

/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRIGIT MARIE BISSELL

1

## **<u>ORDER</u>**

2        **IT IS SO ORDERED.** The Court hereby grants defendant Brigit Marie Bissell

3    permission to travel from the Western District of Washington to the Eastern District of

4    Washington from June 25, 2022, to June 29, 2022.

5

6    DATED:  June _23_ , 2022

7                                                    Hon. Erica P. Grosjean
                                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bissell: Stipulation to Permit Travel