HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIGIT MARIE BISSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGIT MARIE BISSELL,<br><br>Defendant. | Case No.  1:22-cr-00031-DAD-BAM-1<br><br>STIPULATION TO REMOVE CONDITION OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Brigit Marie Bissell, that the Court may remove Condition 7(g) of Ms. Bissell's pretrial release so that she may have contact with her codefendant, Joseph Hill. Pretrial Services supports this request.

On January 20, 2022, Ms. Bissell appeared before the Honorable Stanley A. Boone for a detention hearing. ECF #11. The Court ordered Ms. Bissell's release subject to conditions, including the condition that she "not associate or have any contact with [her] co-defendant unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer." ECF #15. *Id*. On February 17, 2022, the Honorable Dale A. Drozd modified the conditions of Ms. Bissell's release, including replacing the no-contact condition with the following: "The defendant must . . .not have any contact, direct or indirect, with [her] co-defendant, or any known

or future witnesses in this case, unless in the presence of counsel." ECF #43.

On October 3, 2022, Ms. Bissell's codefendant, Mr. Hill, entered a guilty plea to a one-count Information charging him with a violation of 18 U.S.C. § 1952(a)(3), interstate travel in aid of racketeering. *See* ECF #82, 97. Mr. Hill was released from custody that same day. *See* ECF #98. His sentencing hearing is scheduled for January 9, 2023. *See* ECF #97.

On October 11, 2022, Ms. Bissell entered a guilty plea to a one-count Information charging her with a violation of 18 U.S.C. §§ 371 and 2232(a), conspiracy to destroy or remove property to prevent seizure. *See* ECF #80. Her sentencing hearing is schedule for January 17, 2023.

Given that both Ms. Bissell and her codefendant have entered pleas and are awaiting sentencing, the parties agree that Condition 7(g) is not necessary to reasonably assure Ms. Bissell's appearance or the safety of the community. Accordingly, the parties jointly request that the Court remove the condition. Defense counsel has been in contact with Pretrial Services Officers Anthony Perez and Brian Bedrosian, who have indicated that Pretrial Services does not oppose this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 11, 2022

*/s/ Antonio Jose Pataca*
ANTONIO JOSE PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRIGIT MARIE BISSELL

Bissell: Stipulation to Remove Pretrial Release Condition

## **ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby removes Condition 7(g) of defendant Brigit Marie Bissell's pretrial release.

**IT IS SO ORDERED.**

DATED: 10/13/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge