HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIGIT MARIE BISSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00031-DAD-BAM-1 |
| Plaintiff, | STIPULATION TO PERMIT TRAVEL TO OROVILLE, WASHINGTON; AND ORDER |
| vs. | |
| BRIGIT MARIE BISSELL, | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Brigit Marie Bissell, that the Court may enter an order permitting Ms. Bissell to travel to Oroville, Washington, located in the Eastern District of Washington, between November 23, 2022, and November 27, 2022. Pretrial Services has no objection to this request.

Ms. Bissell's conditions of release restrict her travel to the Western District of Washington, which is where she resides, and to the Eastern District of California. *See* ECF #15. Ms. Bissell would like to visit with her grandparents over the Thanksgiving holiday. Her grandparents reside in Oroville, Washington, which is located in the Eastern District of Washington. If approved, Ms. Bissell would leave her residence on November 23, 2022, and return on November 27, 2022. Ms. Bissell's Pretrial Services Officer in the Western District of

Washington has no objection to this request. Likewise, the Pretrial Services Officer in the Eastern District of California has no objection.

Accordingly, the parties stipulate and agree that the Court may enter an order authorizing Ms. Bissell to travel to Oroville, Washington, located in the Eastern District of Washington, between November 23, 2022, and November 27, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 16, 2022

*/s/ Antonio Jose Pataca*
ANTONIO JOSE PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 16, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRIGIT MARIE BISSELL

### ORDER

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Ms. Bissell to travel to Oroville, Washington, located in the Eastern District of Washington between November 23, 2022, and November 27, 2022.

IT IS SO ORDERED.

Dated:   **November 16, 2022**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE