1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    ERIN SNIDER, Bar #304781
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, California 93721
     Tel: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     BRIGIT MARIE BISSELL
7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No.  1:22-cr-00031-ADA-BAM-1

12              Plaintiff,                     STIPULATION TO CONTINUE
                                              SENTENCING HEARING;  ORDER
13   vs.
                                              Date: February 6, 2023
14   BRIGIT MARIE BISSELL,                     Time: 8:30 a.m.
                                              Judge: Hon. Ana de Alba
15              Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties, through their respective

18   counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and

19   Assistant Federal Defender Erin Snider, counsel for defendant Brigit Marie Bissell, that the

20   Court may continue the sentencing hearing currently scheduled for January 17, 2023, to February

21   6, 2023, at 8:30 a.m.

22         This continuance is requested to permit defense counsel and the United States Probation

23   Officer additional time to conduct a presentence investigation. The requested continuance is

24   made with the intention of conserving time and resources for both the parties and the Court. The

25   government is in agreement with this request and the requested date is a mutually agreeable date

26   for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

27   / / /

28   / / /

                                            -1-

Bissell: Stipulation to Continue Sentencing Hearing

1

2
Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

3

4
Date: December 2, 2022
/s/ Antonio Jose Pataca
ANTONIO JOSE PATACA
Assistant United States Attorney
Attorney for Plaintiff

5

6

7
HEATHER E. WILLIAMS
Federal Defender

8

9
Date: December 2, 2022
/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRIGIT MARIE BISSELL

10

11

12

13
**ORDER**

14
IT IS HEREBY ORDERED that the sentencing hearing scheduled for January 17, 2023,

15
at 8:30 a.m. be continued to February 6, 2023.

16

17

18
IT IS SO ORDERED.

19
Dated:   December 2, 2022

20
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

-2-

Bissell: Stipulation to Continue Sentencing Hearing