PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00031-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| BRIGIT MARIE BISSELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Brigit Marie Bissell, that the Court may continue the sentencing hearing currently scheduled for February 6, 2023, at 8:30 a.m., to April 24, 2023, at 8:30 a.m.

This continuance is requested to permit defense counsel and the United States Probation Officer additional time to conduct a presentence investigation. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated:  December 21, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated:  December 21, 2022 | /s/ ERIN SNIDER<br>ERIN SNIDER<br>Counsel for Defendant<br>BRIGIT MARIE BISSELL |

IT IS SO ORDERED.

Dated:   December 21, 2022

_____
UNITED STATES DISTRICT JUDGE

2

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for February 6, 2023, at 8:30 a.m. be continued to April 24, 2023.