HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIGIT MARIE BISSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGIT MARIE BISSELL,<br><br>Defendant. | Case No. 1:22-cr-00031-ADA-BAM-1<br><br>STIPULATION TO REMOVE CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Antonio Jose Pataca, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Brigit Marie Bissell, that the Court may remove all conditions of Ms. Bissell's release except those listed in 18 U.S.C. § 3142(b).

On January 16, 2022, Ms. Bissell and a codefendant, Joseph Hill, were arrested on a federal warrant related to a criminal complaint charging her with possession with intent to distribute a controlled substance, an offense carrying a ten-year mandatory minimum and a maximum of life imprisonment. ECF #1; ECF #9. Ms. Bissell appeared before the Honorable Stanley A. Boone for a detention hearing on January 20, 2022, at which time Judge Boone ordered Ms. Bissell released to a third-party custodian on a $10,000 cash bond and ordered her to, among other conditions, report to and comply with the rules and regulations of the Pretrial

-1-

Services Agency. ECF #11; ECF #15. The cash bond was posted on January 24, 2022. Ms. Bissell was released the following day and has remained on release since.

On October 3, 2022, Mr. Hill—who had been ordered detained following his detention hearing on January 26, 2022—entered a guilty plea to a one-count Information charging him with a violation of 18 U.S.C. § 1952(a)(3), interstate travel in aid of racketeering. ECF #17; ECF #97. The offense carries a five-year maximum term of imprisonment and, pursuant to the terms of the plea agreement, the parties will jointly recommend a time-served sentence. ECF #78. Following the change-of-plea hearing and pursuant to the parties' stipulation, the court ordered Mr. Hill released subject to the conditions that he: (1) obey all federal, state, and local laws; (2) cooperate in the collection of a DNA sample if sampling is authorized by 42 U.S.C. § 14135a; (3) advise the court in writing before making any change of residence or telephone number; (4) appear in court as required and surrender as directed to serve a sentence that the court may impose; and (6) surrender any passport to the Clerk, United States District Court, and not apply for or obtain a passport or any other travel documents during the pendency of the case. ECF #98.

On October 11, 2022, Ms. Bissell entered a guilty plea to a one-count Information charging her with a violation of 18 U.S.C. §§ 371 and 2232(a), conspiracy to destroy or remove property to prevent seizure. *See* ECF #80. The offense carries a five-year maximum term of imprisonment and, pursuant to the terms of the plea agreement, the parties will jointly recommend a time-served sentence. ECF #77. Ms. Bissell's sentencing hearing is currently scheduled for April 24, 2023. ECF #112.

On December 27, 2022, Ms. Bissell's supervising Pretrial Services Officer in the Western District of Washington proposed removing Ms. Bissell from Pretrial Services' supervision given that her codefendant, Joseph Hill, and been released and is subject to no such supervision pending sentencing. Ms. Bissell's supervising Pretrial Services Officer also advised that Ms. Bissell is in compliance with all bond conditions. Given the supervising officer's report, Officer Brian Bedrosian is in agreement with removing Ms. Bissell from Pretrial Services' supervision.

In light of the foregoing, the parties hereby stipulate that the Court may remove all conditions of Ms. Bissell's release except those listed in 18 U.S.C. § 3142(b).

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 26, 2023

*/s/ Antonio Jose Pataca*
ANTONIO JOSE PATACA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 26, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BRIGIT MARIE BISSELL

**ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby removes all conditions of release except the following:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must appear in court as required and surrender as directed to serve a sentence that the court may impose.

The Court further orders that the $10,000 cash bond posted January 24, 2022, is hereby exonerated and the Clerk of Court is directed to return the cash bond to Christopher Greene.

IT IS SO ORDERED.

Dated: __**January 26, 2023**__   /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE