HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIGIT MARIE BISSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00031-ADA-BAM |
|---|---|
| Plaintiff, | **MOTION FOR TRAVEL ASSISTANCE; ORDER** |
| vs. | |
| BRIGIT MARIE BISSELL, | |
| Defendant. | |

    Brigit Marie Bissell, through her undersigned counsel, hereby moves this Court for an order directing the United States Marshal to furnish Ms. Bissell with the cost of travel from Mt. Vernon, Washington, to Fresno, California, so that she may attend court in Fresno on May 1, 2023, at 8:30 a.m.

    Pursuant to 18 U.S.C. § 4285, a judge may direct the United States Marshal to assist an out-of-custody defendant with the cost of traveling to a required court appearance. *See* 18 U.S.C. § 4285. Prior to making such an order, the judge must first make a finding that the defendant is financially unable to provide transportation on their own and that the interests of justice would be served by requiring the United States Marshal to assist with transportation costs. *Id.* If the judge makes the required findings, the United States Marshal must either arrange for the defendant's transportation or furnish the cost of transportation and, additionally, furnish the defendant with subsistence expenses incurred in traveling to the court appearance. *Id.*

In this case, Ms. Bissell, who is out of custody, has a sentencing hearing in Fresno on May 1, 2023, at 8:30 a.m. Ms. Bissell lives in Mt. Vernon, Washington. *See* Presentence Investigation Report ("PSR") ¶ 52. She was previously employed as a housecleaner, earning approximately $1,400 per month. *See id.* ¶ 71. On March 21, 2023, Ms. Bissell resigned from her position, as her employer significantly reduced her work hours and refused to pay Ms. Bissell for work already performed. Accordingly, Ms. Bissell is currently unemployed and, other than food assistance she receives from the State of Washington, she has no monthly cash inflow. She has two children from a prior relationship and is nearly seven months pregnant with a third child she shares with her current partner, Joseph Hill. *See id.* ¶ 53, 55. Mr. Hill is currently supporting Ms. Bissell and her children. Her only assets are the two vehicles noted in the PSR. *See id.* ¶ 79.

In light of these circumstances, Ms. Bissell requests that the Court make the required findings under 18 U.S.C. § 4285 and direct the United States Marshal to pay her travel expenses so she may attend her court appearance on May 1, 2023.

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Dated: April 11, 2023          */s/ Erin Snider*
          ERIN SNIDER
          Assistant Federal Defender
          Attorney for Defendant
          BRIGIT MARIE BISSELL

*///*

*///*

*///*

*///*

*///*

*///*

*///*

**O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court directs the United States Marshal to either arrange transportation or furnish Brigit Marie Bissell with the cost of travel from Mt. Vernon, Washington, to Fresno, California, so that she may attend court in Fresno on May 1, 2023, at 8:30 a.m. Additionally, the United States Marshal shall provide Ms. Bissell with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).  The United States Marshal is not required to arrange transportation or furnish Brigit Marie Bissell with the cost of travel from Fresno, California, to Mt. Vernon, Washington, following her sentencing on May 1, 2023.

IT IS SO ORDERED.

Dated:   April 19, 2023

UNITED STATES DISTRICT JUDGE